De Barry v. Lambert.

The facts appear in the opinion of the Court. Defendants had judgment in the Court below, and the People appealed.

*W. H. Brumfield* for Appellant.

*Sanderson and Newell* for Respondents.

---

DE BARRY *v.* LAMBERT *et al.*

No appeal lies from an interlocutory order, except in the cases provided by statute. Such order can only be reviewed on appeal from the final judgment.

MOTION to dismiss the Appeal, as taken from an interlocutory order.

*H. S. Love* for the motion.

FIELD, J., delivered the opinion of the Court—TERRY, C. J., concurring.

The appeal, in the present case, is from an order denying the motion of the plaintiff to set aside the statement filed on the application for a new trial, and the proceedings had on such application, and also from an order allowing the defendants to amend their statement. The appeal was taken before the entry of final judgment. The orders were interlocutory, and no appeal lies from such orders, except in the cases provided by statute. They can only be reviewed on appeal from the final judgment.

Appeal dismissed.